UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

|  |  |  |
|---|---|---|
| MOISES CARRANZA-REYES, | ) | |
| Plaintiff-Appellee, | ) | Case No. 07-1380 |
| v. | ) | |
| PARK COUNTY BOARD OF COMMISSIONERS et. al. | ) | |
| Defendants-Appellants. | ) | |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, TOGETHER WITH PROOF OF SERVICE ON ALL OTHER PARTIES. <u>IF THE CERTIFICATE OF INTERESTED PARTIES ON THE REVERSE OF THIS FORM IS COMPLETED, AN ORIGINAL AND THREE COPIES MUST BE FILED</u>. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY AFFIXING THEIR INDIVIDUAL SIGNATURES.

In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for:

Fred Wegener and Monte Gore                                                                 in the subject case(s).
Appellants/Petitioners

Further, in accordance with 10th Cir. R. 46.1.3, the undersigned certify as follows: **(Check one).**

XX   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. **(File original only)** .

____   There are no such parties, or any such parties have heretofore been disclosed to the court. **(File original only).**

s/Andrew D. Ringel   (ringela@hallevans.com)                s/Jennifer L. Veiga  (veigaj@hallevans.com)
Name of Counsel (type or print)                              Name of Counsel (type or print)

_____                              _____
Signature of Counsel                                         Signature of Counsel
**HALL & EVANS, L.L.C.**                                     **HALL & EVANS, L.L.C.**
**1125 17Th Street, Suite 600**                         **1125 17th Street, Suite 600**
**Denver, CO 80202**                                         **Denver, CO 80202**
**(303) 628-3300**                                           **(303) 628-3300**                 .
Mailing Address and Phone Number                             Mailing Address and Phone Number

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was mailed on

(please insert date) September 20, 2007_____

to   SEE ATTACHED CERTIFICATE OF MAILING
  (See Fed.R.App.P. 25(b))                                                 (Signature of Counsel)

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| MOISES CARRANZA-REYES | ) | |
| | ) | |
|     Plaintiff-Appellee, | ) | Case No. 07-1380 |
| | ) | |
| v. | ) | |
| | ) | |
| PARK COUNTY BOARD OF | ) | |
| COMMISSIONERS et. al. | ) | |
| | ) | |
|     Defendants-Appellees | ) | |

**Certificate of Interested Parties**

      The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1.3, and attorneys not entering an appearance in this court who have appeared for any party in prior trial or administrative proceedings sought to be reviewed, or in related proceedings that preceded the subject action in this court:

CTSI
800 Grant Street, Suite 400
Denver, CO 80203

St. Paul Travelers
P.O. Box 65100
2700 NE Loop 410, Suite 105
San Antonio, Texas 78217

CERTIFICATE OF MAILING

     I HEREBY CERTIFY that on this 20th day of September 2007, I mailed a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**, correctly addressed, postage prepaid, in the U.S. Mail to the following:

Joseph Archuleta, Esq.
Law Office of Joseph Archuleta
1724 Ogden Street
Denver, Colorado 80218

Adele P. Kimmel, Esq.
Public Justice, P.C.
1825 K. Street, N.W., Suite 200
Washington, D.C. 20006

Lloyd C. Kordick, Esq.
805 S. Cascade
Colorado Springs, Colorado 80903

William A. Trine, Esq.
Trine & Metcalf, P.C.
1435 Arapahoe Ave.
Boulder, Colorado 80302-6390

Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
Berg Hill Greenleaf & Ruscitti
1712 Pearl Street
Boulder, Colorado 80302

                                    s/Andrew D. Ringel        .
                                    (Signature of Counsel)