UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 28, 2007

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

RE:   **Carranza-Reyes v. Park County, et al**

Court of Appeals Case No. 07-1380 & 07-1381
District Court Case No. 05-cv-00377-WDM-BNB

Dear Clerk of Court:

      Please be advised that the record in the above referenced matter is now complete.

      A transcript order form has been filed by the appellants stating that a transcript is not necessary for this appeal.

                                    Sincerely,
                                    GREGORY C. LANGHAM, Clerk


                                    by s/ Bobbi Reed
                                        Deputy Clerk

cc: SEE NOTICE OF ELECTRONIC FILING