# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| MOISES CARRANZA-REYES, | ) |
| | ) |
|     Plaintiff-Appellee, | ) |
| | ) |
| v. | )   Case No. 07-1380 |
| | ) |
| PARK COUNTY BOARD OF | ) |
| COMMISSIONERS, et al, | ) |
| | ) |
|     Defendants-Appellants. | ) |

_____

**Instructions:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, TOGETHER WITH PROOF OF SERVICE ON ALL OTHER PARTIES. <u>IF THE CERTIFICATE OF INTERESTED PARTIES ON THE REVERSE OF THIS FORM IS COMPLETED, AN ORIGINAL AND THREE COPIES MUST BE FILED.</u> MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCE ON THE SAME FORM BY AFFIXING THEIR INDIVIDUAL SIGNATURES.

_____

    In accordance with 10th Cir. R. 46, I, the undersigned attorneys hereby appear as counsel for: <u>Moises Carranza-Reyes</u> (Appellee/Respondent in related case No. 07-1381) in the subject case(s).
    Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1.3, the undersigned certify as follows: **(Check One)**

_X_   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. **(File original and one copy.)**

____   There are no such parties, or any such parties have heretofore been disclosed to the court. **(File original and one copy.)**

| | |
|---|---|
| <u>William A. Trine  (btrine@trine-metcalf.com)</u> | <u>Cheryl L. Trine  cherie919x@aol.com</u> |
| Name of Counsel (type or print) | Name of Counsel (type or print) |
| | |
| <u>/s/ William A. Trine</u> | <u>/s/ Cheryl L. Trine</u> |
| Signature of Counsel | Signature of Counsel |
| Trine & Metcalf, P.C. | Trine & Metcalf, P.C. |
| 1435 Arapahoe Avenue | 1435 Arapahoe Avenue |
| Boulder, CO 80302 | Boulder, CO 80302 |
| Phone: 303-442-0173 | Phone: 303-442-0173 |
| Fax: 303-443-7677 | Fax: 303-443-7677 |

    I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was mailed on September 28, 2007, per attached Certificate of Service.

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MOISES CARRANZA-REYES, | ) |
| | ) |
|     Plaintiff-Appellee, | ) |
| | ) |
| v. | )   Case No. 07-1380 |
| | ) |
| PARK COUNTY BOARD OF | ) |
| COMMISSIONERS, et al. | ) |
| | ) |
|     Defendants-Appellants. | ) |

_____

### CERTIFICATE OF INTERESTED PARTIES
_____

    The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1.3, and attorney not entering an appearance in this Court who have appeared for any party in prior trial or administrative proceedings sought to be reviewed, or in related proceedings that preceded the subject action in this court:

| | | |
|---|---|---|
| Defendant James (I) Bachman<br>Individually<br>Terminated:  11/30/06 | represented by | **Andrew Wallace Jurs**<br>Colorado Attorney General's<br>  Office – Dept. of Law<br>1525 Sherman Street<br>7th Floor<br>Denver, CO 80203<br>303-866-4500<br>fax:  303-866-5691<br>email: ajurs@jmspc.com<br>*Lead Attorney* |
| | | **Craig A. Sargent**<br>Johnson, McConaty &<br>  Sargent, P.C.<br>400 S. Colorado Blvd., #900<br>Glendale, CO 80246-3866<br>303-388-7711<br>Fax: 303-388-1749<br>Emai: csargent@jmspc.com |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of September, 2007, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES was placed in the U.S. Mail, postage prepaid, and/or emailed, to the following:

Joseph Archuleta
Law Office of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903
Lloyd@kordicklaw.com

Josh A. Marks
Berg Hill Greenleaf & Rusccitti, LLP
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com

Adele P. Kimmel
Public Justice, P.C.
1825 K Street, N.S., #200
Washington, D.C. 20006
akimmel@publicjustice.net

Andrew Ringel
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com

U.S. District Court for the
  District of Colorado
Alfred A. Arraj U.S.
  Courthouse
901 19th Street
Denver, CO 80294

_____
Elizabeth Peach