UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| MOISES CARRANZA-REYES,<br><br>    Plaintiff-Appellee,<br><br>vs.<br><br>PARK COUNTY BOARD OF COMMISSIONERS, et al.,<br><br>    Defendants-Appellants. | Case No. 07-1380 |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE <u>AN ORIGINAL AND THREE COPIES</u> OF THIS FORM, WITH PROOF OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Moises Carranza-Reyes (Appellee/Respondent in related Case No. 07-1381), in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

__X__  On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. **(File original and three copies.)**

_____  There are no such parties, or any such parties have heretofore been disclosed to the court. **(File original and three copies.)**

Joseph J. Archuleta (archuletalaw@qwest.net
Name of Counsel

/s/ Joseph J. Archuleta
Signature of Counsel
Law Offices of Joseph J. Archuleta and Associates, P.C.
1724 Ogden Street
Denver, CO  80218
Phone: (303) 837-1642
Fax: (303) 837-1643

_____
Name of Counsel

_____
Signature of Counsel

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was mailed on September 28, 2007, per attached Certificate of Service.

A-5  Entry of Appearance Form 6/03

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MOISES CARRANZA-REYES<br><br>     Plaintiff-Appellee,<br><br>vs.<br><br>PARK COUNTY BOARD OF COMMISSIONERS, et al.,<br><br>     Defendant-Appellants. | Case No. 07-1380 |

## CERTIFICATE OF INTERESTED PARTIES

---

The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1(C), and attorneys not entering an appearance in this court who have appeared for any party in prior trial or administrative proceedings sought to be reviewed, or in related proceedings that preceded the subject action in this court:

| | | |
|---|---|---|
| Defendant James (I) Bachman<br>Individually<br>Terminated: 11/30/06 | represented by | Andrew Wallace Jurs<br>Colorado Attorney General's Office –<br>Dept. of Law<br>1525 Sherman Street, 7th Floor<br>Denver, CO 80203<br>303-866-4500<br>fax: 303-866-5691<br>email: ajurs@jmspc.com<br>Lead Attorney<br><br>Craig A. Sargent<br>Johnson, McConaty & Sargent, P.C.<br>400 S. Colorado Blvd., #900<br>Glendale, CO 80246-3866<br>303-388-7711<br>Fax: 303-388-1749<br>Email: csargent@jmspc.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2007, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES was placed in the U.S. Mail, postage prepaid, and/or emailed, to the following:

William A. Trine
Cheryl L. Trine
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, CO 80302
btrine@trine-metcalf.com
cherie919x@aol.com

Adele P. Kimmel
Public Justice, P.C.
1825 K Street, N.S., #200
Washington, D.C. 20006
akimmel@publicjustice.net

U.S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse
901 – 19th Street
Denver, CO 80294

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903
Lloyd@kordicklaw.com

Josh A. Marks
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com

Andrew Ringel
Hall & Evans, LLC
1125 – 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com

_____
Melissa E. Torres