UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| MOISES CARRANZA-REYES, Plaintiff-Appellee<br>vs.<br>PARK COUNTY BOARD OF COMMISSINERS, et al.  Defendants, Apellants | Case No. 07-1380 |

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE AN ORIGINAL AND THREE COPIES OF THIS FORM, WITH PROOF OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for _____Moises  Carranza-Reyes__ (Appellee/Respondent in related case No. 07-1381) __Party or Parties Appellee-Respondent in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:

   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.  **(File original and three copies.)**

There are no such parties, or any such parties have heretofore been disclosed to the court.  **(File original and three copies.)**

/s/ Lloyd C. Kordick
_____
Signature of Counsel
Lloyd C. Kordick #11769
LLOYD C. KORDICK & ASSOCIATES
805 S. Cascade Ave.
Colorado Springs, CO 80903
719-475-8460
E-mail: lloyd@kordicklaw.com and
susan@kordicklaw.com

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was mailed on     9-28-07_____ to:

William Trine, Esq.
Trine & Metcalf
1435 Arapahoe
Boulder, CO 80302
*Co-Counsel for Appellee*

Joseph Archuleta
1724 Ogden St.
Denver, CO 80218-1018
*Co-Counsel for Apellee*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th St., Suite 600
Denver, CO 80202-2052
*Counsel for Fred Wegener and Monte Gore*

Adele P. Kimmel
1825 K Street NW #200
Washington, DC 20006
*Co-Counsel for Appellee*

Josh Marks and
Melanie Lewis
1712 Pearl St.
Boulder, CO 80302
*Attorneys for Defendant Paulsen*

Berg Hill Greenleaf & Rusccitti
1712 Pearl St.
Boulder, CO 80302
*Attorney for Defendant Paulsen*


*s/ Susan Schomber*
_____


**A-5**  Entry of Appearance Form 6/03

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Moises Carranza-Reyes, Plaintiff-Appellee<br>vs.<br>PARK COUNTY BOARD OF COMMISSIONERS, et al. Defendants-Appellants | Case No. 07-1381 |

**Certificate of Interested Parties**

---

The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1(C), and attorneys not entering an appearance in this court who have appeared for any party in prior trial or administrative proceedings sought to be reviewed, or in related proceedings that preceded the subject action in this court:

Denver Health & Hospital Authority
ATTN: Stephen Lansky, Assistant General Counsel
MC 1926
660 Bannock St., 2nd Floor
Denver, CO 80204

Andrew Wallace Jurs
Colorado Attorney General's Office Dept. of Law
1525 Sherman St. 7th Floor
Denver, CO 80203
303-866-5691
Email: ajurs@jmspc.com
*Lead Attorney*

Craig A. Sargent
Johnson, McConaty & Sargent
400 S. Colorado Blvd. #900
Glendale, CO 80246
303-388-711
Fax: 303-388-1749
Email: csargent@mjspc.com

**A-5**  Entry of Appearance Form 6/03