**CIRCUIT MEDIATION OFFICE**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR | TELEPHONE 303 844-6017<br>FACSIMILE  303 844-6437 | **LANCE OLWELL**<br>**KYLE ANN SCHULTZ**<br>CIRCUIT MEDIATORS |

October 15, 2007

Joseph J. Archuleta, Esq.
Law Office of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218

Lloyd C. Kordick, Esq.
Lloyd C. Kordick & Associates
805 South Cascade Avenue
Colorado Springs, CO 80903

William A. Trine, Esq.
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder, CO 80302

Josh A. Marks, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Andrew D. Ringel, Esq.
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202-5817

RE: Nos. 07-1380 and 07-1381 - Moises Carranza-Reyes v. The Park County Board
    of County Commissioners, et al.

### NOTICE OF IN-PERSON MEDIATION CONFERENCE
### AND BRIEFING EXTENSION

Dear Counsel:

This will confirm that an in-person mediation conference has been scheduled in these appeals. It will be conducted on **Friday, November 16, 2007** beginning at **10:00 a.m.** Please report to the front reception desk of the Clerk's Office, Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

The purpose of this conference is to consider how we might settle these appeals; therefore counsel and clients or client representatives are required to attend.

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellants' brief is extended 30 days. The appellants' brief and appendix must be filed by **December 7, 2007.**

      Sincerely,

      DAVID W. AEMMER

*Rose Giacinti* (signature)

      by: Rose Giacinti

DWA:rg