UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| MOISES CARRANZA-REYES, | |
|     Plaintiff - Appellee, | |
| v. | Nos. 07-1380 and 07-1381 |
| THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, et al., | |
|     Defendants - Appellants. | |

ORDER

Filed October 22, 2007

---

This matter is before the court on the appellee's motion to expedite the appeal in 07-1380 and the motion to expedite the appeal in 07-1381. The appellants shall serve and file responses to both motions on or before October 29, 2007.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk