# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

October 22, 2007

Douglas E. Cressler
Chief Deputy Clerk

Ms. Melanie Bailey Lewis
Mr. Josh Adam Marks
Berg Hill Greenleaf Ruscitti Llp
1712 Pearl Street
Boulder, CO 80302

Andrew David Ringel
Ms. Jennifer L. Veiga
Hall Evans Llcdenver
1125 17th Street, #600
Denver, CO 80202-5817

**RE:**   **07-1380, 07-1381, Carranza-Reyes v. Park County Board of Commissioners, et al**
Dist/Ag docket: [05-cv-00377-WDM-BNB]

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker

Elisabeth A. Shumaker
Clerk of the Court

cc:     Joseph Archuleta
Adele P. Kimmel
Lloyd C. Kordick
Cheryl L. Trine

William A. Trine