CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303 844-6017
FACSIMILE 303 844-6437

**LANCE OLWELL**
**KYLE ANN SCHULTZ**
CIRCUIT MEDIATORS

November 9, 2007

Joseph J. Archuleta, Esq.
Law Office of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218

Josh A. Marks, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Lloyd C. Kordick, Esq.
Lloyd C. Kordick & Associates
805 South Cascade Avenue
Colorado Springs, CO 80903

Andrew D. Ringel, Esq.
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202-5817

William A. Trine, Esq.
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder, CO 80302

RE: Nos. 07-1380 and 07-1381 - Moises Carranza-Reyes v. The Park County Board of County Commissioners, et al.

## NOTICE OF RESCHEDULED IN-PERSON MEDIATION CONFERENCE

Dear Counsel:

This will confirm that the mediation conference previously set for Friday, November 16, 2007 at 10:00 a.m. has been rescheduled for **Friday, November 16, 2007 at 1:00 p.m. MOUNTAIN STANDARD TIME**. Please report to the front reception desk of the Clerk's Office, Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Sincerely,

DAVID W. AEMMER

/s/ Rose Giacinti
by: Rose Giacinti

DWA:rg