**CIRCUIT MEDIATION OFFICE**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR | TELEPHONE  303 844-6017<br>FACSIMILE   303 844-6437 | **LANCE OLWELL**<br>**KYLE ANN SCHULTZ**<br>CIRCUIT MEDIATORS |

December 10, 2007

Joseph J. Archuleta, Esq.  
Law Office of Joseph Archuleta  
1724 Ogden Street  
Denver, CO  80218

Josh A. Marks, Esq.  
Berg Hill Greenleaf & Ruscitti, LLP  
1712 Pearl Street  
Boulder, CO  80302

Lloyd C. Kordick, Esq.  
Lloyd C. Kordick & Associates  
805 South Cascade Avenue  
Colorado Springs, CO  80903

Andrew D. Ringel, Esq.  
Hall & Evans, LLC  
1125 17th Street, Suite 600  
Denver, CO  80202-5817

William A. Trine, Esq.  
Trine & Metcalf, PC  
1435 Arapahoe Avenue  
Boulder, CO  80302

RE:  Nos. 07-1380 – Moises Carranza-Reyes v. The Park County Board  
         07-1381        of County Commissioners, et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellants' brief is extended 7 days.  The appellants' brief and appendix must be filed by **December 14, 2007.**

     Sincerely,

     s/ David W. Aemmer  
     David W. Aemmer

DWA:rg