# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| MOISES CARRANZA-REYES,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,<br><br>   Defendants,<br><br>and<br><br>FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department,<br><br>   Defendants - Appellants. | No. 07-1380 |

---

### STIPULATION TO DISMISS

---

      Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate

that the above appeal may be dismissed with prejudice.  Each party shall bear its own costs on appeal.

s/
WILLIAM A. TRINE, Esq.
Attorney for Plaintiff-Appellee
Moises Carranza-Reyes

Trine & Metcalf
1435 Arapahoe Street
Boulder, CO 80302
303-442-0173
btrine@trine-metcalf.com


s/
ANDREW D. RINGEL, Esq.
Attorney for Defendants-Appellants
Fred Wegener and Monte Gore

Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
ringela@hallevans.com

## CERTIFICATE OF DIGITAL SUBMISSION

With the exception of all privacy redactions required by the 10th Circuit General Order of August 10, 2007 regarding electronic filing, every document submitted in electronic form is an exact copy of the written document filed with the Clerk, and it has been scanned for viruses with the most recent version of a commercial virus scanning program Enterprise McAfee version 8.5, updated today, and are free of viruses.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December 2007, identical copies of the STIPULATION TO DISMISS, which were submitted to the clerk via e-mail at esubmission@ca10.uscourts.gov in Digital PDF Format and paper format, were also provided to all counsel via E-Mail and in paper format as noted below:

Joseph J. Archuleta, Esq.
1724 Ogden Street
Denver, CO 80218-1018
archuletalaw@qwest.net

William A. Trine, Esq.
Trine & Metcalf
1435 Arapahoe Street
Boulder, CO 80302
btrine@trine-metcalf.com

Lloyd C. Kordick, Esq.
805 So. Cascade Avenue
Colorado Springs, CO 80903-4101
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
Public Justice, P.C.
1825 K Street, N.W. Suite 200
Washington, D.C. 20006
akimmel@publicjustice.net

Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
jam@bhgrlaw.com
mbl@bhgrlaw.com
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

*Original signature on paper version
filed with the clerk's office*

_____
s/ Loree Trout, Secretary