# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

MOISES CARRANZA-REYES,

    Plaintiff - Appellee,

v.

VICKI PAULSEN, individually and in her
official capacity as Registered Nurse for
Park County, Colorado,

    Defendant - Appellant,

and

MONTE GORE, individually and in his
capacity as captain of Park County
Sheriff's Department; PARK COUNTY
BOARD OF COUNTY
COMMISSIONERS; FRED WEGENER,
individually and in his capacity as Sheriff
of Park County, Colorado,

    Defendants.

No. 07-1381

## STIPULATION TO DISMISS

       Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of

Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate

that the above appeal may be dismissed with prejudice.  Each party shall bear its own costs

on appeal.

Dated this 12th day of December, 2007.

s/ William A. Trine

WILLIAM A. TRINE, Esq.

Attorney for Plaintiff-Appellee, Moises Carranza-Reyes

Street Address:    Trine & Metcalf PC

1435 Arapahoe Avenue, Boulder, CO  80302

Telephone Number:    (303) 442-0173

Email Address:    btrine@trine-metcalf.com


s/   Josh A. Marks

JOSH A. MARKS, Esq.

Attorney for Defendant-Appellant, Vicki Paulsen

Street Address:    Berg Hill Greenleaf & Ruscitti LLP

1712 Pearl Street, Boulder, CO 80302

Telephone Number:    (303) 402-1600

Email Address:    jam@bhgrlaw.com

**CERTIFICATE OF DIGITAL SUBMISSION**

With the exception of all privacy redactions required by the 10th Circuit General Order of August 10, 2007 regarding electronic filing, every document submitted in electronic form is an exact copy of the written document filed with the Clerk, and it has been scanned for viruses with the most recent version of a commercial virus scanning program (Trend Micro, version 7.2, date of the most recent update was December 11, 2007) and, according to the program, is free of viruses.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2007, a true and correct copy of the foregoing **Stipulation to Dismiss** was sent to the persons listed below in the manner indicated (check box):

☐  by U.S. mail;

☐  by third-party commercial carrier for delivery within 3 calendar days;

☐  by personal delivery, including delivery to a responsible person at the office of counsel;

x  by digital submission in native PDF format (please include email address(es) below).

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO  80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO  80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO  80302
btrine@trine-metcalf.com

Adele P. Kimmell
Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmel@publicjustice.net

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO  80202
ringela@hallevans.com

s/ Julie Bozeman
Julie Bozeman