# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| MOISES CARRANZA-REYES, <br><br>    Plaintiff - Appellee, <br><br> v. <br><br> THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, <br><br>    Defendants, <br><br> and <br><br> FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department, <br><br>    Defendants - Appellants. | No. 07-1380 <br> (D.C. No. 1:05-CV-377-WDM-BNB) |

## ORDER

Filed December 13, 2007

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk